IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Gallegos,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-25-00062-TUC-JGZ (JEM)<br><br>**ORDER** |

　　　　On October 1, 2025, Magistrate Judge James E. Marner issued a Report and Recommendation ("R&R") in which he recommended the Court reverse the Administrative Law Judge's decision and remand the matter to the Commissioner for further administrative proceedings. (Doc. 21.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

　　　　If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

　　　　The Court has reviewed Judge Marner's R&R, the parties' briefs, and the record. The Court finds the R&R well-reasoned and agrees with Judge Marner's conclusion that

the Administrative Law Judge's decision should be reversed and remanded to the Commissioner for further proceedings.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 21) is **accepted and adopted in full.**

**IT IS FURTHER ORDERED** the Administrative Law Judge's decision is **reversed** and **remanded** to the Commissioner for further administrative proceedings consistent with this Order and Judge Marner's Report & Recommendation. (*See* Doc. 21 at 11–20.)

**IT IS FURTHER ORDERED** the Clerk of Court shall docket this Order and close this action.

Dated this 20th day of October, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge